IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01856-REB-PAC

RONALD L. BARTON, and
YVONNE R. BARTON, Colorado residents,

    Plaintiff(s),

v.

KEY GAS CORP, a Kansas corporation,
KEY RESOURCE GROUP, LLC., a Kansas limited liability company, and
MICHAEL ALFONS CAMPA, a California resident,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
January 19, 2006

    Upon review of the motion and finding good cause, it is

    HEREBY **ORDERED** that, excepting Michael Campa, all other parties' Motion to Stay, Doc. # 28, filed December 12, 2005, is GRANTED IN PART and DENIED IN PART. It is further

    ORDERED that all deadlines in the Scheduling Order entered November 28, 2005 are STAYED for all parties until April 1, 2006 or until there is a ruling on the pending Motion to Dismiss, Doc. # 9, and the pending Motion to Remand, Doc. # 5, WHICHEVER DATE IS EARLIER.